UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO. 8:16-CR-404-T-17JSS

JARVIS R. THOMAS.

_____/

ORDER

This cause is before the Court on:

Dkt. 53        Motion to Have the Clerk of Court Provide Copies
               of All Printable Material Listed on Docket

Defendant Jarvis R. Thomas, pro se, moves the Court for an order directing the Clerk of Court to provide a copy of all printable material docketed with the Court. Defendant Thomas states that Defendant is indigent and was provided counsel but Defendant's counsel has not provided the material.

Defendant Thomas was sentenced on January 5, 2018. (Dkts. 33, 36). Defendant Thomas filed a Sec. 2255 Petition on December 21, 2018. (Dkts. 55, 56). Because Defendant Thomas' Motion for copies of court documents was filed before Defendant's Sec. 2255 Petition, the Court considers Defendant's Motion for court documents to be related to Defendant's Sec. 2255 Petition.

Defendant Thomas' Sec. 2255 Petition was granted. (Dkt. 57). Counsel was appointed to represent Defendant Thomas on appeal. (Dkt. 60). Defendant Thomas' direct appeal is proceeding.

After consideration, the Court denies Defendant Thomas' Motion as moot. Accordingly, it is

**ORDERED** that Defendant Jarvis R. Thomas' pro se Motion to Have the Clerk of Court Provide Copies of All Printable Material List on Docket (Dkt. 54) is **denied as moot**. Defendant Thomas' Sec. 2255 Petition was granted.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 2ND day of July, 2019.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

Pro se Defendant:

Jarvis R. Thomas
Reg. # 67814-018
COLEMAN MEDIUM
Federal Correctional Institution
P.O. Box 1032
Coleman, FL        33521