UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:16-CR-404-T-17JSS

JARVIS RODRICK THOMAS.

_____/

ORDER

This cause is before the Court on:

Dkt. 90   Motion for Court Intervention

Defendant Jarvis Rodrick Thomas requests court intervention because Defendant's counsel, the Federal Defender's Office, has not provided a video of the traffic stop that is operational for BOP standards.

The Court notes that Defendant Thomas entered into a Plea Agreement (Dkt. 20), pleading guilty to Count 1 of the Indictment. The Plea Agreement contains an appeal waiver.

After sentencing (Dkts. 36, 40), Defendant Thomas filed a Section 2255 Petition which was granted. Defendant Thomas was resentenced and Defendant Thomas was advised of his right to appeal the Judgment. (Dkts. 57, 58, 59).

The Federal Defender's Office was representing Defendant Thomas for his appeal. The Clerk of Court transmitted Defendant's Motion for Court Intervention to the Eleventh Circuit. The Eleventh Circuit has affirmed, and the mandate has been issued. (Dkts. 90, 91).

After consideration, the Court denies Defendant Thomas' Motion for Court Intervention as moot. Accordingly, it is

**ORDERED** that Defendant Thomas' Motion for Court Intervention (Dkt. 90) is **denied as moot**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 18th day of November, 2019.



ELIZABETH A. KOVACHEVICH
Senior United States District Judge

Copies to:

All parties and counsel of record


*Pro Se* Defendant:

Jarvis Rodrick Thomas
678140-018
COLEMAN MEDIUM
B2-116
Federal Correctional Institution
Inmate Mail/Parcels
P. O. Box 1032
Coleman, FL    33521